IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harrison Jr, Fred L

Printed: 12/13/07

Case Number: 05 B 35565
Judge: Hollis, Pamela S
Filed: 9/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 29, 2007
Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,105.00 |  |
| Secured: |  | 4,090.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 314.12 |
| Other Funds: |  | 0.00 |
| Totals: | 6,105.00 | 6,105.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 1,700.00 | 1,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 4,991.18 | 4,090.88 |
| 4. | Illinois Dept of Revenue | Priority | 1,604.33 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 746.76 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 7,580.54 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 777.77 | 0.00 |
| 8. | Deer & Stone | Priority |  | No Claim Filed |
| 9. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,400.58 | $ 5,790.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 149.60 |
| 5% | 51.00 |
| 4.8% | 113.52 |
|  | _____ |
|  | $ 314.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harrison Jr, Fred L | Case Number: 05 B 35565 |
| | Judge: Hollis, Pamela S |
| Printed: 12/13/07 | Filed: 9/6/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

